Dated: October 27th, 2025

Whitman L. Holt
Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>ICAP ENTERPRISES, INC., *et al.*<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Lead Case No. 23-01243-WLH11<br>(Jointly Administered) |
| Lance Miller and Seth Freeman as Co-Trustees of the iCap Trust,<br><br>　　Plaintiffs,<br><br>v.<br><br>Perkins Coie LLP, a Washington limited liability partnership,<br><br>　　Defendant. | Adv. Case No. 25-80084-WLH<br><br>ORDER EXTENDING CERTAIN DEADLINES, SETTING BRIEFING SCHEDULE, AND CONTINUING SCHEDULING CONFERENCE |

THIS MATTER came before the court upon the Ex Parte Stipulated Motion to Extend Certain Deadlines, Approve Briefing Schedule, and Continue Scheduling Conference Set for November 20, 2025 (the "Motion"), jointly submitted by plaintiffs Lance Miller and Seth Freeman as Co-Trustees of the iCap Trust and defendant Perkins Coie, LLP. The court has~~ving~~ reviewed the Motion and the record and files herein and finds cause to grant the requested relief. Now, therefore, it is hereby

ORDER EXTENDING CERTAIN DEADLINES
 Page - 1

ORDERED AS FOLLOWS:

1. The Motion [ECF No. 7] is granted. The deadline for Defendant to file a responsive pleading or answer the Adversary Complaint ~~shall be~~ is December 16, 2025.

2. The deadline for Plaintiffs to file a written response or objection to any motion filed by ~~the~~ Defendant ~~shall be~~ is January 30, 2026.

3. The deadline for ~~the~~ Defendant to file a written reply to the response or objection of Plaintiffs ~~shall be~~ is February 17, 2026.

4. The Scheduling Conference set for November 20, 2025, is ~~requested to be~~ stricken. On or before January 26, 2026, the parties are to file a joint status report addressing the general status and any other issues of which any party believes the court should be aware. Following the review of any filed status report, the court may set a scheduling conference for the purpose of addressing matters contemplated by FRCP 16(b). ~~and rescheduled to a future date which coincides with the anticipated hearing to be set for the motion to be filed by Defendant.~~

/// End of Order///

Presented By:

MUNDING, P.S.

By: */s/ John D. Munding*
John D. Munding, WSBA # 21734
Munding, P.S.
Counsel for Defendant Perkins Coie, LLP

Stipulated by:

PACHULSKI, STANK, ZIEL, & JONES, LLP

___*/s/ James W. Walker*_____
James W. Walker *(Admitted Pro Hac Vice)*

ORDER EXTENDING CERTAIN DEADLINES
 Page - 2

Attorney for Plaintiffs Miller and Freeman
Co-Trustees of the iCap Trust

\* Changes made by court