UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>iCAP ENTERPRISES, INC., *et al.*<br><br>                          Debtors. | Chapter 11<br><br>Lead Case No. 23-01243-WLH11<br>(Jointly Administered)<br><br>Adv. Case No. 25-80084-WLH |
| Lance Miller and Seth Freeman as Co-Trustees of the iCap Trust,<br><br>        Plaintiffs,<br><br>v.<br><br>Perkins Coie LLP, a Washington limited liability partnership,<br><br>        Defendant. | [PROPOSED] ORDER GRANTING DEFENDANT PERKINS COIE LLP'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND FAILURE TO STATE A CLAIM |

THIS MATTER came before the court upon the Motion to Dismiss for Lack of Subject Matter Jurisdiction and Failure to State a Claim (the "Motion") submitted by Defendant Perkins Coie LLP. The Court has reviewed the Motion and the record and files herein and finds cause to order the requested relief. Now, therefore, it is hereby

ORDERED AS FOLLOWS:

1. The Motion is GRANTED.

2. Pursuant to Fed. R. Civ. P. 12(b)(1), (h)(3) and Fed. R. Bankr. P. 7012(b), Plaintiffs' Complaint is DISMISSED for lack of subject matter jurisdiction.

3. In the alternative, pursuant to Fed. R. Civ. P. 12(b)(6), Fed. R. Bankr. P.

ORDER GRANTING MOTION TO DISMISS

7012(b), Fed. R. Civ. P. 9(b), and Fed. R. Bankr. P. 7009, Plaintiffs' Complaint is DISMISSED for failure to state claim upon which relief can be granted.

/// End of Order ///

Presented By:

WHEELER, TRIGG, O'DONNELL LLP

By: /s/ Nicholas J. Steverson
Carolyn J. Fairless (admitted pro hac vice)
Jennifer J. Oxley (admitted pro hac vice)
Nicholas J. Steverson (admitted pro hac vice)
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647
Telephone: 303.244.1800
Facsimile: 303.244.1879
Email: fairless@wtotrial.com
       oxley@wtotrial.com
       steverson@wtotrial.com

John D. Munding
Munding, P.S.
309 E. Farwell Road, Suite 310
Spokane, WA 99218
Telephone: 509.590.3849
Email: john@mundinglaw.com

Attorneys for Defendant Perkins Coie LLP