Dated: December 18th, 2025

Whitman L. Holt
Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>ICAP ENTERPRISES, INC. *et al.*<br><br>                Debtors. | Chapter 11<br><br>Lead Case No. 23-01243-WLH11<br>Jointly Administered |
| Lance Miller and Seth Freeman as Co-Trustees of the iCap Trust,<br><br>    Plaintiffs,<br><br>v.<br><br>Perkins Coie LLP,<br><br>    Defendant. | Adv. Pro. No. 25-80084-WLH<br><br>**ORDER EXTENDING CERTAIN DEADLINES AND APPROVING BRIEFING SCHEDULE** |

**ORDER APPROVING BRIEFING SCHEDULE - 1**

PACHULSKI STANG
ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Flr.
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

THIS MATTER came before the court upon the Ex Parte Stipulated Motion to Extend Certain Deadlines and Approve Briefing Schedule (the "<u>Motion</u>"), jointly submitted by plaintiffs Lance Miller and Seth Freeman as Co-Trustees of the iCap Trust and defendant Perkins Coie, LLP. The court has reviewed the Motion and the record and files in this case and finds cause to grant the requested relief. Now, therefore, it is hereby

ORDERED AS FOLLOWS:

1. The Motion [ECF No. 19] is granted.

2. The deadline for Plaintiffs to file a written response or objection to the Motion to Withdraw the Reference is January 30, 2026.

3. The deadline for the Defendant to file a written reply to Plaintiffs' response or objection is February 17, 2026.

///END OF ORDER///

Presented by:

BUSH KORNFELD LLP

/s/ Jason Wax
_____
JASON WAX (WSBA #41944)
BUSH KORNFELD LLP

ALAN J. KORNFELD (admitted *Pro Hac Vice*)
JAMES W. WALKER (admitted *Pro Hac Vice*)
CIA H. MACKLE (admitted *Pro Hac Vice*)
PACHULSKI STANG ZIEHL & JONES LLP

*Attorneys for Plaintiffs, Lance Miller and Seth Freeman, Co-Trustees of the iCap Trust*

**ORDER APPROVING BRIEFING SCHEDULE - 2**

PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Flr.
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

25-80084-WLH    Doc 21    Filed 12/19/25    Entered 12/19/25 14:22:55    Pg 2 of 3

Stipulated by:

　/s/ John D. Munding
JOHN D. MUNDING (WSBA #21734)
MUNDING, P.S.

CAROLYN J. FAIRLESS (admitted *Pro Hac Vice*)
JENNIFER J. OXLEY (admitted *Pro Hac Vice*)
NICHOLAS J. STEVERSON (admitted *Pro Hac Vice*)
WHEELER TRIGG O'DONNELL, LLP

*Attorneys for Defendant Perkins Coie LLP*

**ORDER APPROVING BRIEFING SCHEDULE - 3**

PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Flr.
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104