Carolyn J. Fairless (admitted *pro hac vice*)
Jennifer J. Oxley (admitted *pro hac vice*)
Nicholas J. Steverson (admitted *pro hac vice*)
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647
Telephone: 303.244.1800
Facsimile: 303.244.1879
Email: fairless@wtotrial.com
       oxley@wtotrial.com
       steverson@wtotrial.com

John D. Munding
Munding, P.S.
309 E. Farwell Road, Suite 310
Spokane, WA 99218
Telephone: 509.590.3849
Email: john@mundinglaw.com

Attorneys for Defendant Perkins Coie LLP

Hon. Whitman L. Holt

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>ICAP ENTERPRISES, INC., *et al*.<br><br>                   Debtors.<br><br>———————————————<br><br>Lance Miller and Seth Freeman as Co-Trustees of the iCap Trust,<br><br>      Plaintiffs,<br><br>v.<br><br>Perkins Coie LLP, a Washington limited liability partnership,<br><br>      Defendant. | Chapter 11<br><br>Lead Case No. 23-01243-WLH11<br>(Jointly Administered)<br><br>Adv. Case No. 25-80084-WLH<br><br><br>**NOTICE OF APPEAL AND STATEMENT OF ELECTION**<br><br>**[Related to ECF Nos. 18, 27, 30, 38, 43, & 45]** |

Notice of Appeal and Statement
of Election (Form 417A)
Page - 1

## Part 1: Identify the Appellant

    1.      Name of appellant: **Perkins Coie LLP**

    2.      Position of appellant in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding:

☐   Plaintiff

☒   **Defendant**

☐   Other (describe) _____

For appeals in a bankruptcy case and not in an adversary proceeding:

☐   Debtor

☐   Creditor

☐   Trustee

☐   Other (describe) _____

## Part 2: Identify the Subject of this Appeal

    1.      Describe the judgment—or the appealable order or decree—from which the appeal is taken: **Order on Perkins Coie LLP's Motion to Dismiss for Lack of Subject Matter Jurisdiction and for Failure to State a Claim [ECF 38], attached as Exhibit A. Pursuant to Fed. R. Bankr. P. 8003(a)(6), this appeal is limited to the Bankruptcy Court's ruling that there is federal subject-matter jurisdiction over this adversary proceeding. (*See* Order on Perkins Coie LLP's Motion to Dismiss for Lack of Subject Matter Jurisdiction and for Failure to State a Claim [ECF 38], Ex. A, at ¶ 1.)**

    2.      State the date on which the judgment—or the appealable order or decree—was entered: **June 23, 2026. Pursuant to Fed. R. Bankr. P. 8002(d), the Bankruptcy Court (on stipulated motion) extended the deadline to file this Notice of Appeal and Motion for Leave to Appeal until July 21, 2026. (Order Granting Stipulated Motion for Extension of Time to File Notice of Appeal and Motion for Leave Under Fed. R. Bankr. P. 8002 [ECF 43], attached as Exhibit B.)**

Notice of Appeal and Statement
of Election (Form 417A)
Page - 2

## Part 3: Identify the Other Parties to the Appeal

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. **Party:** | **Attorneys:**

Perkins Coie LLP

John D. Munding (WSBA #21734)
Munding, P.S.
309 E. Farwell Road, Suite 310
Spokane, WA  99218
Telephone: 509.590.3849
Email: john@mundinglaw.com

Carolyn J. Fairless (pro hac vice)
Jennifer J. Oxley (pro hac vice)
Nicholas J. Steverson (pro hac vice)
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO  80202-5647
Telephone:     303.244.1800
Facsimile:     303.244.1879
Email:   fairless@wtotrial.com
             oxley@wtotrial.com
             steverson@wtotrial.com

2. **Party:** | **Attorneys:**

Lance Miller as Co-Trustee
of the iCap Trust

Jason Edward Wax (WSBA #41944)
Bush Kornfeld LLP
601 Union Street, Suite 5000
Seattle, WA 98101
Telephone:     206.292.2110
Facsimile:     206.292.2104
Email:   jwax@bskd.com

Alan J. Kornfeld (pro hac vice)
Cia H. Mackle (pro hac vice)
Pachulski Stang Ziehl & Jones LLP

Notice of Appeal and Statement
of Election (Form 417A)
Page - 3

10100 Santa Monica Blvd., 13th Fl.
Los Angeles, CA 90067-4003
Telephone:       310.277.6910
Facsimile:       310.201.0760
Email:   akornfeld@pszjlaw.com
                 cmackle@pszjlaw.com

James Walker (pro hac vice)
Pachulski Stang Ziehl & Jones LLP
700 Louisiana Street, Ste. 4500
Houston, TX 77002
Telephone:       713.691.9385
Facsimile:       713.691.9407
Email:   jwalker@pszjlaw.com

**3.      Party:**                                    **Attorneys:**

Seth Freeman as Co-Trustee          Jason Edward Wax (WSBA #41944)
of the iCap Trust                               Bush Kornfeld LLP
                                                        601 Union Street, Suite 5000
                                                        Seattle, WA 98101
                                                        Telephone:       206.292.2110
                                                        Facsimile:       206.292.2104
                                                        Email:   jwax@bskd.com

                                                        Alan J. Kornfeld (pro hac vice)
                                                        Cia H. Mackle (pro hac vice)
                                                        Pachulski Stang Ziehl & Jones LLP
                                                        10100 Santa Monica Blvd., 13th Fl.
                                                        Los Angeles, CA 90067-4003
                                                        Telephone:       310.277.6910
                                                        Facsimile:       310.201.0760
                                                        Email:   akornfeld@pszjlaw.com
                                                                 cmackle@pszjlaw.com

                                                        James Walker (pro hac vice)
                                                        Pachulski Stang Ziehl & Jones LLP
                                                        700 Louisiana Street, Ste. 4500
                                                        Houston, TX 77002

Notice of Appeal and Statement
of Election (Form 417A)
Page - 4

Telephone: 713.691.9385
Facsimile: 713.691.9407
Email: jwalker@pszjlaw.com

## Part 4: Optional Election to Have Appeal Heard by District Court (Applicable Only in Certain Districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☒ **Appellant elects to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.**

Notice of Appeal and Statement
of Election (Form 417A)
Page - 5

**Part 5: Sign below:**

Dated:  July 21, 2026

By:   */s/ John D. Munding*

John D. Munding (WSBA #21734)
Munding, P.S.
309 E. Farwell Road, Suite 310
Spokane, WA  99218
Telephone: 509.590.3849
Email: john@mundinglaw.com

And:  */s/ Nicholas J. Steverson*

Carolyn J. Fairless (admitted *pro hac vice*)
Jennifer J. Oxley (admitted *pro hac vice*)
Nicholas J. Steverson (admitted *pro hac vice*)
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO  80202-5647
Telephone:  303.244.1800
Facsimile:   303.244.1879
Email: fairless@wtotrial.com
      oxley@wtotrial.com
      steverson@wtotrial.com

*Attorneys for Appellant Perkins Coie LLP*

*Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*

*[Note to inmate filers: If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bank. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]*

Notice of Appeal and Statement
of Election (Form 417A)
Page - 6

<u>CERTIFICATE OF SERVICE (CM/ECF)</u>

I HEREBY CERTIFY that on July 21, 2026, I electronically filed the foregoing **Notice of Appeal and Statement of Election** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties, including Plaintiffs' counsel, through the Court's Electronic Case Filing System. Parties may access this filing through the Court's ECF system.

*/s/ Nicholas J. Steverson*