# Exhibit A

**Dated: June 23rd, 2026**

Whitman L. Holt
Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>iCAP ENTERPRISES INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Lead Case No. 23-01243-WLH11<br><br>Jointly Administered |
| Lance Miller and Seth Freeman as Co-Trustees for the iCap Trust,<br><br>Plaintiffs,<br><br>v.<br><br>Perkins Coie LLP, a Washington limited liability partnership,<br><br>Defendant. | Adv. Pro. No. 25-80084-WLH<br><br>**ORDER ON PERKINS COIE LLP'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND FOR FAILURE TO STATE A CLAIM**<br><br>[Related to ECF 1, 18, 27 & 30] |

4937-0781-7398.1 39502.00002

CLASSIFICATION: RESTRICTED

THIS MATTER came before the court upon *Perkins Coie LLP's Motion to Dismiss for Lack of Subject Matter Jurisdiction and Failure to State a Claim* (the "Motion") (ECF No. 18). The court has reviewed the Motion, the Trustees' opposition to the Motion (ECF No. 27), Perkins Coie's reply thereto (ECF No. 30), and the record and files in this case and heard argument on the Motion and it is ~~hereby~~:

ORDERED that, for the reasons recited on the record at the hearing on the Motion held on June 18, 2026:

1.  The Motion [ECF No. 18] is denied in part with respect to Perkins Coie's request for dismissal of the Complaint under Fed. R. Civ. P. Rule 12(b)(1). The court finds that it has subject matter jurisdiction over this adversary proceeding over Perkins Coie's objections, which are preserved.

2.  The Motion is denied in part with respect to Perkins Coie's request for dismissal of the First Cause of Action of the Complaint (Aiding and Abetting Fraud) under Fed. R. Civ. P. Rule 12(b)(6).

3.  The Motion is granted in part with respect to Perkins Coie's request for dismissal of the Second Cause of Action of the Complaint (Aiding and Abetting Breach of Fiduciary Duty) under Fed. R. Civ. P. Rule 12(b)(6), with leave to amend.

4.  The Trustees' deadline for filing any amended complaint is July 17, 2026.

5.  Perkins Coie will respond to either the amended complaint (or, if the Trustees elect to proceed without amendment, to the original Complaint (ECF No. 1)) by July 31, 2026.

PACHULSKI STANG
ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Flr.
Los Angeles, CA 90067
Telephone: (310) 277-6910

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110

CLASSIFICATION: RESTRICTED

##~~END OF ORDER~~///End of Order///

~~PRESENTED BY~~Presented by:

BUSH KORNFELD LLP


*/s/ Jason Edward Wax*
JASON EDWARD WAX (WSBA #41944)
BUSH KORNFELD LLP

ALAN J. KORNFELD (admitted *Pro Hac Vice*)
JEFFREY W. DULBERG (admitted *Pro Hac Vice*)
JAMES W. WALKER (admitted *Pro Hac Vice*)
PACHULSKI STANG ZIEHL & JONES LLP

*Attorneys for Plaintiffs, Lance Miller and*
*Seth Freeman as Co-Trustees for the iCap Trust*


MUNDING, P.S.


*/s/ John D. Munding*
JOHN D. MUNDING (WSBA #21650)
MUNDING, P.S.

CAROLYN J. FAIRLESS (admitted *Pro Hac Vice*)
JENNIFER J. OXLEY (admitted *Pro Hac Vice*)
NICHOLAS J. STEVERSON (admitted *Pro Hac Vice*)
WHEELER TRIGG O'DONNELL LLP

*Attorneys for Defendant, Perkins Coie LLP*

* Changes made by court

4937-0781-7398.1 39502.00002
ORDER ON PERKINS COIE LLP'S
MOTION TO DISMISS COMPLAINT
Page - 2

PACHULSKI STANG
ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Flr.
Los Angeles, CA 90067
Telephone: (310) 277-6910

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110

CLASSIFICATION: RESTRICTED