# Exhibit B

**Dated: July 2nd, 2026**



Whitman L. Holt
Bankruptcy Judge

* TEXT REDACTED IN AREA RESERVED FOR COURT USE PER LBR 9013-1(c)(2)(A)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:

ICAP ENTERPRISES, INC., *et al.*

     Debtors.

---

Lance Miller and Seth Freeman as Co-Trustees of the iCap Trust,

  Plaintiffs,

v.

Perkins Coie LLP, a Washington limited liability partnership,

  Defendant.

Chapter 11

Lead Case No. 23-01243-WLH11
(Jointly Administered)

Adv. Pro. ~~Case~~ No. 25-80084-WLH

~~[PROPOSED]~~ ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL AND MOTION FOR LEAVE UNDER FED. R. BANKR. P. 8002

[Related to ECF Nos. 38, 41]

THIS MATTER came before the ~~C~~court upon the *Stipulated Motion for Extension of Time to File Notice of Appeal and Motion for Leave Under Fed. R. Bankr. P. 8002* (the "Stipulated Motion") [ECF No. 41]. The Stipulated Motion requests an extension of time to file a notice of appeal and motion for leave to appeal from the ~~C~~court's Order regarding Perkins Coie LLP's Motion to Dismiss for Lack of

Subject Matter Jurisdiction and Failure to State a Claim dated June 23, 2026 (the "Order") [ECF No. 38], pursuant to Fed. R. Bankr. P. 8002(d). Plaintiffs consent to the relief requested in the Stipulated Motion.

The ~~C~~court has reviewed the Stipulated Motion and the record and files in this case and finds good cause to order the requested relief. Therefore, it is:

ORDERED AS FOLLOWS:

1. The Stipulated Motion [ECF No. 41] is GRANTED.

2. The deadline for Perkins Coie LLP to file a notice of appeal and motion for leave to appeal from the Order under Fed. R. Bankr. P. 8002 is EXTENDED to July 21, 2026.

///End of Order///

Presented by:

*/s/ Nicholas J. Steverson*

Carolyn J. Fairless (admitted *pro hac vice*)
Jennifer J. Oxley (admitted *pro hac vice*)
Nicholas J. Steverson (admitted *pro hac vice*)
Wheeler Trigg O'Donnell LLP

John D. Munding (WSBA #21650)
Munding, P.S.

*Attorneys for Defendant Perkins Coie LLP*

*/s/ Jason E. Wax (per permission)*

Jason Edward Wax (WSBA #41944)
Bush Kornfeld LLP

Alan J. Kornfeld (admitted *pro hac vice*)
Jeffrey W. Dulberg (admitted *pro hac vice*)
James W. Walker (admitted *pro hac vice*)
Cia H. Mackle (admitted *pro hac vice*)

*Attorneys for Plaintiffs, Lance Miller and Seth Freeman as Co-Trustees for the iCap Trust*

\* Changes made by court

# Notice Recipients

District/Off: 0980–2          User: notice          Date Created: 7/2/2026
Case: 25–80084–WLH          Form ID: pdf002          Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

aty          Nicholas J. Steverson          c/o Wheeler Trigg O'Donnell LLP          370 Seventeenth Street, Suite 4500          Denver, CO 80202–5647

TOTAL: 1